UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GENERIAL GRIFFIN, <br> TDCJ No. 02423396, <br><br> *Plaintiff,* <br><br> v. <br><br> JOHNSON COUNTY JAIL, et al., <br><br> *Defendant.* | § § § § § § § § § § § § | Civil Action No. 3:23-CV-2219-X |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 25). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 27th day of February, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1